IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01068-WYD-BNB

LISA MITCHELL, and
S.M., by and through is next friend, Lisa Mitchell,

Plaintiffs,

v.

CINDY HOWARD, in her personal capacity for damages,
JUDY GRIEGO, in her personal capacity fore damages,
SHERRI BACA, in her personal capacity for damages,
CARRIE ARCHULETA, in her personal capacity for damages,
SCOTT EPSTEIN, in his personal capacity for damages,
EL PUEBLO, and John Does 1-10 (employees of El Pueblo in their personal capacity for damages),

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion Pursuant to FRCP Rule 15(A) For Leave to File Amended Complaint** [docket no. 11, filed July 14, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing. Please note that the caption on all future documents is to reflect the parties on the Amended Complaint.

DATED: July 14, 2014