IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01068-WYD-BNB

LISA MITCHELL,
Sa.M., by and through is next friend, Lisa Mitchell,
T.L. by and through his next friend Lorraine Ortega,
J.R.M., by and through her next friend William Montez, and
Su.M., by and through his next friend Susan Murray,

Plaintiffs,

v.

EL PUEBLO BOYS AND GIRLS RANCH, INC., an adolescent treatment community,
SHERRI BACA, President and CEO of El Pueblo, in her personal capacity for damages,
JOHN DOES 1-10, employees of El Pueblo in their personal capacity for damages,
CINDY HOWARD, Weld County DHS in her personal capacity for damages,
JANE DOE 1, Pursuant County DHS in his personal capacity for damages, and
JANE DOE 2, Arapahoe County DHS in his personal capacity for damages,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Reset the September 4, 2014 Scheduling Conference** [docket no. 22, filed August 21, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for September 4, 2014, is **vacated and reset to September 17, 2014, at 10:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **September 10, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: August 22, 2014