IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-01068-WYD-BNB | Date: | October 2, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| Parties | Counsel |
|---|---|
| LISA MITCHELL, J. R. M., SU. M., T. L., | *Alison Lee Ruttenberg* |
| **Plaintiff(s),** | |
| **v.** | |
| CINDY HOWARD, SHERRI BACA, EL PUEBLO BOYS AND GIRLS RANCH, INC., | *Gillian Dale* *John Polk Craver* |
| **Defendant(s).** | |

### COURTROOM MINUTES

**MOTION HEARING AND SCHEDULING CONFERENCE**

Court in session: 8:58 a.m.

Appearances of counsel.

Discussion held on [37] Motion to Stay from Defendant Cindy Howard, filed on September 24, 2014.

For the reasons stated on the record, it is

**ORDERED:   Motion to Stay from Defendant Cindy Howard [37] is GRANTED except to identify John and Jane Doe defendants. Plaintiff may serve five requests for production; five interrogatories; and take one Rule 30(b)(6) deposition. This limited discovery shall be completed on or before November 21, 2014.**

**ORDERED:**   **Parties shall file a status report on or before December 12, 2014, and within ten (10) days of any ruling on the [17]  Motion to Dismiss from Defendant Howard.**

Court in recess: 9:09 a.m.       Hearing concluded.     Total time in court:  00:11