IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01068-WYD-BNB

LISA MITCHELL,
Sa.M., by and through is next friend, Michael LaJoie,
T.L. by and through his next friend, Lorraine Ortega,
J.R.M., by and through her next friend, William Montez, and
Su.M., by and through his next friend, Richard Murray,

Plaintiffs,

v.

EL PUEBLO BOYS AND GIRLS RANCH, INC., an adolescent treatment community,
SHERRI BACA, President and CEO of El Pueblo, in her personal capacity for damages,
JOHN DOES 1-10, employees of El Pueblo in their personal capacity for damages,
CINDY HOWARD, Weld County DHS in her personal capacity for damages,
JANE DOE 1, Pursuant County DHS in his personal capacity for damages, and
JANE DOE 2, Arapahoe County DHS in his personal capacity for damages,

Defendants.
_____

**ORDER**
_____

Pending is the **Motion to Stay From Defendant Cindy Howard** [Doc. # 37, filed 9/24/2014] (the "Motion to Stay"). I held a hearing on the Motion to Stay this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Stay [Doc. # 37] is GRANTED as follows: All discovery is stayed except discovery directed to El Pueblo Boys and Girls Ranch, Inc., and/or Sherri Baca, which discovery is limited to identifying the John and Jane Does described in the Amended Complaint.

(2)     The plaintiffs are allowed to serve no more than five interrogatories and five requests for production, the scope of which is limited to identifying the John and Jane Does

described in the Amended Complaint. After the written discovery is completed and after the parties have conferred, the plaintiffs may, if necessary, take not more than one Rule 30(b)(6) deposition limited to identifying the John and Jane Does described in the Amended Complaint.

(3) The discovery directed at identifying the John and Jane Does described in the Amended Complaint shall be completed by not later than November 21, 2014.

(4) The parties shall file status reports as follows:

(a) On or before December 12, 2014, concerning the attempts to identify the John and Jane Does described in the Amended Complaint and the plaintiffs intentions with respect to additional amendment to add the John and Jane Does; and

(b) Within ten days of any ruling on the Motion to Dismiss From Defendant Howard [Doc. # 17] notifying me of the ruling and addressing any additional pretrial proceedings which may be required.

Dated October 2, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge