IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01068-WYD-BNB

LISA MITCHELL,
Sa.M., by and through is next friend, Michael LaJoie,
T.L. by and through his next friend Lorraine Ortega,
J.R.M., by and through her next friend William Montez, and
Su.M., by and through his next friend Richard Murray,

Plaintiffs,

v.

EL PUEBLO BOYS AND GIRLS RANCH, INC., an adolescent treatment community;
SHERRI BACA, President and CEO of El Pueblo, in her personal capacity for damages; and
CINDY HOWARD, Weld County DHS in her personal capacity for damages.

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    The **Unopposed Motion to Delete Reference to Any John Does** [Doc. # 45, filed 1/16/2015] is GRANTED;

      (2)    All references to John and Jane Does contained in the caption and in the Amended Complaint and Jury Demand [Doc. # 14] are deemed withdrawn and dismissed; and

      (3)    The case caption is modified as indicated above.

DATED:  January 21, 2015