IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-01068-WYD-NYW | Date: | August 21, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Counsel* |
|---|---|
| LISA MITCHELL, <br> J. R. M., by and through her next friend William Montez, <br> SU. M., by and through his next friend Richard Murray, <br> SA. M., by and through his next friend Michael LaJoie, <br> T. L., by and through his next friend Lorriane Ortega, <br><br> **Plaintiffs,** <br><br> v. <br><br> CINDY HOWARD, in her personal capacity, <br> SHERRI BACA, in her personal capacity, <br> EL PUEBLO BOYS AND GIRLS RANCH, INC., an Adolescent Treatment Community, <br><br> **Defendants.** | *Alison Lee Ruttenberg* <br><br><br><br><br><br><br><br><br><br> *Gillian Dale* <br> *Adam Joseph Goldstein* |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in session: 1:32 p.m.

Appearance of counsel. Ms. Lisa Mitchell also appears.

Discussion held on Motion to Dismiss Counsel [62] filed August 13, 2015, and Unopposed Motion to Withdraw as Counsel for Lisa Mitchell and S.M. [75] filed August 20, 2015.

For the reasons stated on the record, it is

**ORDERED:** The Motion to Dismiss Counsel [62] is GRANTED.

**ORDERED:** The Unopposed Motion to Withdraw as Counsel for Lisa Mitchell and S.M. [75] is GRANTED. Alison Ruttenberg is granted leave to withdraw from the representation of Plaintiff's Lisa Mitchell and Sa. M.

Ms. Ruttenberg continues in her capacity as counsel for other Plaintiffs.

Discussion held on Motion to Request Emergency Hearing [64] filed August 13, 2015.

For the reasons stated on the record, it is

**ORDERED: The Motion to Request Emergency Hearing [64] is DENIED.**

Discussion held on the Answer to Unopposed Motion for Writ of Habeas Corpus Ad Testificandum to Procure Incarcerated Plaintiff S.M.'s Presence at the August 21, 2015 Hearing [79] filed August 20, 2015.

For the reasons stated on the record, it is

**ORDERED:   Answer to Unopposed Motion for Writ of Habeas Corpus Ad Testificandum to Procure Incarcerated Plaintiff S.M.'s Presence at the August 21, 2015 Hearing [79] is DENIED.**

An Evidentiary Hearing on the Motion to Set Aside Settlement [63], and the Motion to Enforce Settlement Agreement from Defendant Cindy Howard [74] is set for October 2, 2015 at 11:00 a.m. before Magistrate Judge Nina Y. Wang in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Parties discuss the need to gain contact information for Ms. Lisa Mitchell and for Mr. Sa. M.  In addition, the court notes that pursuant to the court's order dated September 19, 2014, Michael LaJoie was substituted for Lisa Mitchell as Sa. M's next of friend.  [#36].  Therefore, it is

**ORDERED:   Sa.M, who is now an adult, and Mr. LaJoie should file papers reflecting whether Mr. LaJoie will continue to represent Sa. M. as his next of friend pursuant to Fed. R. Civ. P. 17(c).**

Court in recess: 1:56 p.m.     Hearing concluded.    Total time in court:  00:24

---

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.