IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-01068-WYD-NYW | Date: | October 2, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204 |

| *Parties* | *Attorney(s)* |
|---|---|
| LISA MITCHELL,<br>J. R. M., by and through her next friend William Montez,<br>SU. M., by and through his next friend Richard Murray,<br>SA. M., by and through his next friend Michael LaJoie,<br>T. L., by and through his next friend Lorriane Ortega, | *pro se*<br>*Alison Lee Ruttenberg* |
| **Plaintiffs,**<br>v. | |
| CINDY HOWARD, in her personal capacity,<br>SHERRI BACA, in her personal capacity,<br>EL PUEBLO BOYS AND GIRLS RANCH, INC., an Adolescent Treatment Community, | *Gillian Dale*<br>*Thomas John Lyons*<br>*Adam Joseph Goldstein* |
| **Defendants,**<br>& | |
| JEFFERSON COUNTY PUBLIC DEFENDER'S OFFICE,<br>ALAMOSA COUNTY PUBLIC DEFENDERS OFFICE,<br>EL PASO COUNTY PUBLIC DEFENDER OFFICE, | *Sueanna Park Johnson* |
| **Interested Party.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION AND EVIDENTIARY HEARING**

11:02 a.m.     Court in session.

Appearances of counsel. Frances Smylie Brown, Chief Deputy for Office of the State Public Defender, appears with Ms. Johnson. Marilee McWilliams appears as records custodian for Arapahoe County Department of Human Services.

Court addresses administrative matters regarding docket.

For the reasons stated on the record, it is

**ORDERED: Plaintiff Lisa Mithell's [sic] Emergency Motion to Quash Subpoena *Duces Tecum* [147] is DENIED.**

Defendant Cindy Howard's Emergency Motion to Quash Subpoena to Appear and Testify [139] was GRANTED earlier today.

The court then considers Plaintiff Lisa Mitchell's Application to Proceed without Prepayment of Fees or Costs. Noting that the filing fee of the action has already been paid,

**ORDERED: Application to Proceed in District Court without Prepaying Fees or Costs [141] is GRANTED.**

Parties request to begin with Motions to Quash Subpoenas.

Discussion and argument held on Arapahoe County Department of Human Services' Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action [118] filed September 18, 2015.

Discussion and argument held on Motion to Quash the Subpoena *Duces Tecum* Directed to the Jefferson County, Alamosa County, and El Paso County Public Defender Offices [112] filed September 11, 2015. Parties clarify that the records in question are only for the Plaintiff's juvenile matters, and not for any adult cases that may exist.

**ORDERED: Arapahoe County Department of Human Services' Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action [118] is TAKEN UNDER ADVISEMENT. Separate order to issue.**

**ORDERED: Motion to Quash the Subpoena *Duces Tecum* Directed to the Jefferson County, Alamosa County, and El Paso County Public Defender Offices [112] is TAKEN UNDER ADVISEMENT. Separate order to issue.**

Discussion held regarding how to proceed with Motion Hearing.

Parties present solely for the hearing on the subpoenas *duces tecum* are released.

Discussion held regarding Ms. Mitchell's ADA accommodation request.

**ORDERED: A transcript of today's proceedings shall be produced as requested by the court and made available to the Parties for review.**

11:30 a.m.        Defendants' witness, Alison Ruttenberg, called and sworn.

Parties move to make a record regarding attorney client privilege waiver by Ms. Mitchell.

Ms. Mitchell waives attorney client privilege related to the settlement communications held with Ms. Ruttenberg and Cindy Howard.

Discussion held regarding exhibits to be used in today's hearing.

11:37 a.m.        Court in recess.

11:59 a.m.        Court in session.

Ms. Mitchell verifies the authenticity of the exhibits in question. Discussion held regarding confidential nature of some of the information in the exhibits. Parties exchange exhibits.

12:01 p.m.        Court in recess.

12:13 p.m.        Court in session.

Further discussion held regarding Ms. Mitchell's ADA accommodation request. The court was unaware of the request for today's hearing. For any future hearings that Ms. Mitchell will need accommodation, she may file a motion requesting such.

Defendant's witness, Alison Ruttenberg, remains under oath.

12:16 p.m.        Direct examination of Ms. Ruttenberg by Ms. Dale resumes.
                  **Ruttenberg Exhibit A, Ruttenberg Exhibit B, Mitchell Exhibit 5, and Mitchell Exhibit 7, are admitted.**

12:53 p.m.        Cross examination of Ms. Ruttenberg by Ms. Mitchell.

1:30 p.m.         Witness excused.

Defendants' witness, Lisa Mitchell, called and sworn.

1:30 p.m.         The court asks preliminary questions of Ms. Mitchell.

1:42 p.m.         Direct examination of Ms. Mitchell by Ms. Dale.

Discussion held regarding remaining exhibits and restrictions based on confidentiality.

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.

**Mitchell Exhibits 1, 2, 3, 4, 6, are admitted.**
**Ruttenberg Exhibits A, B, and Mitchell Exhibits 1, 3, 7, shall be Restricted Level 1.**

1:48 p.m.       Witness excused.

1:50 p.m.       Closing argument by Ms. Mitchell.

1:51 p.m.       Closing argument by Ms. Dale.

**ORDERED:   Motion to Set Aside Settlement [63] is TAKEN UNDER ADVISEMENT.**

**ORDERED:   Motion to Enforce Settlement Agreement from Defendant Cindy Howard [74] is TAKEN UNDER ADVISEMENT.**

Once the transcript is available for review by the Parties, the court will set a schedule for clarification and/or any supplemental briefing, if necessary.

2:01 p.m.       Court in recess.       Hearing concluded.       Total time in Court: 02:25

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.