**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case Action No. 14-CV-1068-WYD-NYW

LISA MITCHELL,
J.R.M., by and through her next friend William Montez,
SU. M., by and through his next friend Richard Murray,
SA. M., by and through his next friend Michael LaJoie, and
T.L., by and through his next friend Lorraine Ortega,

       Plaintiffs,

v.

CINDY HOWARD,
SHERRI BACA, and
EL PUEBLO BOYS AND GIRLS RANCH, INC.,

       Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Plaintiff Samuel Mitchell's Motion to Strike Exhibit E ("Motion to Strike"). [#183, filed December 14, 2015]. Also before the court is Plaintiff Lisa Mitchell's Motion for Leave to Restrict ("Motion to Restrict"). [#184, filed December 14, 2015]. These matters were referred to this Magistrate Judge pursuant to the Order of Reference dated April 16, 2014 [#4] and memorandum dated December 15, 2015 [#187].

    In the Motion to Strike, Samuel Mitchell asks the court to strike a printout of the docket sheet in a juvenile proceeding in which he was involved in El Paso County District Court, which Defendant Cindy Howard submitted in support of her Response to Lisa Mitchell's Brief on Hearing Transcript. [*See* #166]. Samuel asks that the printout be stricken because his case is subject to a protective order. [#183]. However, Defendant Howard moved pursuant to D.C.COLO.LCivR 7.2 to restrict the printout under a Level 1 restriction ("Howard Motion to Restrict"). [#165]. This court granted the Howard Motion to Restrict and ordered that the printout be maintained at a Level 1 Restriction "until and unless the court and/or Defendant Howard receives written consent by Samuel Mitchell that he consents to the release of his information reflected in Exhibit E and Mr. Mitchell files a Motion to Unrestrict with the court." [#176]. Accordingly, public access to the printout is sufficiently restricted, and Samuel has not demonstrated why the printout need be stricken from the docket.

The Motion to Restrict is a carbon copy of the Howard Motion to Restrict, which this court has already granted.  *Compare* [#184] *with* [#165].  Accordingly, the Motion to Restrict will be denied as moot.

**IT IS ORDERED**:

1.   Plaintiff Samuel Mitchell's Motion to Strike Exhibit E [#183] is **DENIED**; and

2.   Plaintiff Lisa Mitchell's Motion for Leave to Restrict [#184] is **DENIED AS MOOT**.

DATED:  December 16, 2015