IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01068-WYD-NYW

LISA MITCHELL,
J.R.M., by and through her next friend William Montez,
SU. M., by and through his next friend Richard Murray,
SA. M., by and through his next friend Michael LaJoie, and
T.L., by and through his next friend Lorraine Ortega,

    Plaintiffs,

v.

CINDY HOWARD,
SHERRI BACA, and
EL PUEBLO BOYS AND GIRLS RANCH, INC.,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon a careful review of the file.  Based on that review, I find that pursuant to 28 U.S.C. § 652 and D.C.COLO.LCivR 16.6, this matter is referred to United States Magistrate Judge Nina Y. Wang for the purpose of conducting a settlement conference.  Accordingly, it is

ORDERED that this matter is referred to United States Magistrate Judge Nina Y. Wang for the purpose of conducting a settlement conference.  The parties shall contact Magistrate Judge Wang's chambers as soon as practicable to schedule the conference.

Dated: January 26, 2016

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE